**FILED**

SEP 12 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| v. | ) CASE NO. **1:25 CR 454** |
| | ) Title 18, United States Code, |
| RECO L. CLINKSCALES JR., | ) Section 641 |
| Defendant. | ) |

COUNTS 1-2     **JUDGE OLIVER**

(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges:

1. On or about each of the dates set forth below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RECO L. CLINKSCALES JR., in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to his own use money of the United States or any department or agency thereof to wit: Paycheck Protection Program (PPP) benefits, and Pandemic Unemployment Assistance (PUA) benefits obtained by fraud from the Small Business Administration, each taking constituting a separate count of this Information:

| Approximate Date(s) | Description of Taking |
|---|---|
| April 14, 2021 through April 17, 2021 | ACH transfers of approximately $41,666 in PPP loan benefits |
| July 16, 2020 through January 1, 2021 | ACH transfers totaling approximately $27,395 in PUA loan benefits |

1:25CR 454

all in violation of Title 18, United States Code, Sections 641.

                                              DAVID M. TOEPFER
                                              United States Attorney

By: *[signature]*
                                              VASILE C. KATSAROS
                                              Chief, General Crimes Unit